ANTHONY FUCCI *v.* MILDRED A. RUDNICK ET AL.
(13469)

LANDAU, HEIMAN and SPEAR, Js.

Submitted on briefs December 2—decision released December 27, 1994

*Anthony Fucci,* pro se, the appellant (plaintiff) filed a brief.

*David J. Robertson* filed a brief for the appellee (defendant W. R. Grieger Company).

PER CURIAM. The judgment is affirmed.